_____

No. 96-1846SI
_____

Daniel T. Haines; Nancy A.          *
Haines; and Andrew Haines and       *
Phillip Haines, by their next       *
friend, Daniel T. Haines,           *
                                    *
          Appellants,               *
                                    *
     v.                             *     Appeal from the United States
                                    *     District Court for the Southern
Sandvik Process System, Inc.,       *     District of Iowa.
a New Jersey corporation,           *
formerly a division of              *          [UNPUBLISHED]
Sandvik-Alto, a Pennsylvania        *
corporation, individually and       *
as successor in interest to         *
Sandvik-Alto,                       *
                                    *
          Appellee.                 *
_____

          Submitted:  November 22, 1996

          Filed:  November 27, 1996
_____

Before FAGG, WOLLMAN, and HANSEN, Circuit Judges.
_____

PER CURIAM.

     The Daniel T. Haines appellants appeal from the district court's
adverse grant of summary judgment in their product liability action.  We
review a grant of summary judgment under a well-established standard.
Because this is a diversity action, we review de novo questions of state
law.  Having considered the record and the parties' briefs, we are
satisfied the district court correctly applied Iowa law and the record
supports the district court's ruling.  We also conclude that a
comprehensive opinion in this diversity case would lack precedential value.
We thus affirm

the decision of the district court without further discussion.  <u>See</u> 8th Cir. R. 47B.

    A true copy.

      Attest:

          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.